**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CellTrust Corporation, a Delaware Corporation,

Plaintiff,

vs.

ionLake, LLC, a Minnesota limited liability company; Derrick Girard, and individual; and Wade Girard, an individual,

Defendants.

File No. 19-cv-2855 (WMW-TNL)

**DEFENDANTS' MOTION TO AMEND PROTECTIVE ORDER**

Defendants ionLake, LLC, Derrick Girard, and Wade Girard ("Defendants") respectfully move and request that the Court amend the Protective Order in this matter (Dkt. 46) as reflected in the redline to the existing Protective Order submitted herewith as **Exhibit A**. The requested substantive changes are as follows:

1. Modifying paragraph 1(l) to make clear that discovery in this litigation may also be used in the companion case of CellTrust Corporation v. ionLake, LLC and Derrick Girard, No. 21-cv-1354 (WMW/TNL); and

2. Deleting paragraphs 3(c)(1), 3(c)(2) and 3(c)(3) to narrow the persons who may have access to "attorneys eyes only" information.

Plaintiff CellTrust Corporation agrees to item number 2, the deletion of paragraphs 3(c)(1), 3(c)(2) and 3(c)(3), and has not agreed to item number 1.

Dated: July 29, 2021

**CHRISTENSEN, FONDER, DARDI & HERBERT, PLLC**

Douglas J. Christensen (MN #166741)
11322 86th Ave N
Maple Grove, MN 55369
Tel. (612) 315-4102
Email: christensen@cfd-ip.com

**NILES LAW OFFICE, PA**

By s/Donald W. Niles
Donald W. Niles (160684)
121 Colfax Ave. SW
Wadena, MN 56482
Tel. 612-296-7788
Email: dniles@nilolaw.com

**LAW OFFICE OF CASEY A. KNISER LLC**

Casey A. Kniser (MN2623779)
111 N. Wabash Ave., #1257
Chicago, IL 60602
Tel. 312-771-3194
Email: casey@kniserlaw.com

**ATTORNEYS FOR DEFENDANTS**