UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CELLTRUST CORPORATION,

Plaintiff,

v.

IONLAKE, LLC, DERRICK GIRARD, and WADE GIRARD,

Defendants.

File No. 19-cv-2855 (WMW-TNL)

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO AMEND PROTECTIVE ORDER**

NOTICE IS HEREBY GIVEN that on August 13, 2021 at 1:30 p.m., before the Honorable Tony N. Leung, via Zoom conference, the Court will hold a hearing on Defendants' Motion to Amend Protective Order. The motion is based on all the files, records and proceedings in this matter.

Dated: July 29, 2021

**CHRISTENSEN, FONDER, DARDI & HERBERT, PLLC**

Douglas J. Christensen (166741)
11322 86th Ave. N.
Maple Grove, MN 55369
Tel. 612-315-4100
Email: christensen@cfd-ip.com

**NILES LAW OFFICE, PA**

s/Donald W. Niles
Donald W. Niles (160684)
121 Colfax Ave. SW
Wadena, MN 56482
Tel. 612-296-7788
Email: dniles@nilolaw.com

**LAW OFFICE OF CASEY A. KNISER LLC**

Casey A. Kniser (MN2623779)
111 N. Wabash Ave., #1257
Chicago, IL 60602

Tel. 312-771-3194
Email: casey@kniserlaw.com

**ATTORNEYS FOR DEFENDANTS**