UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CELLTRUST CORPORATION,

Plaintiff,

v.

IONLAKE, LLC, DERRICK GIRARD, and WADE GIRARD,

Defendants.

File No. 19-cv-2855 (WMW-TNL)

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE**

I, Donald W. Niles, certify that the Memorandum of Law in Support of Defendants' Motion to Amend Protective Order filed herewith complies with the limits in Local Rule 7.1(f) and the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, Microsoft Word Version 2010 was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the following word count.

I further certify that the above-referenced brief contains 432 words.

Dated: July 29, 2021

**CHRISTENSEN, FONDER, DARDI & HERBERT, PLLC**
Douglas J. Christensen (166741)
11322 86th Ave. N.
Maple Grove, MN 55369
Tel. 612-315-4100
Email: christensen@cfd-ip.com

**NILES LAW OFFICE, PA**
s/Donald W. Niles
Donald W. Niles (160684)
121 Colfax Ave. SW
Wadena, MN 56482
Tel. 612-296-7788
Email: dniles@nilolaw.com

**LAW OFFICE OF CASEY A. KNISER LLC**
Casey A. Kniser (MN2623779)
111 N. Wabash Ave., #1257
Chicago, IL 60602
Tel. 312-771-3194
Email: casey@kniserlaw.com

**ATTORNEYS FOR DEFENDANTS**