# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CELLTRUST CORPORATION,

Plaintiff,

vs. Case No. 19-cv-2855 (WMW-TNL)

IONLAKE, LLC, DERRICK GIRARD,
and WADE GIRARD,

Defendants.

## MEET-AND-CONFER STATEMENT

I, (name) ___Donald W. Niles____, representing the (party) ___Defendants, hereby certify that:

I met and conferred with the opposing party by:

Meeting with: Plaintiff's attorney Richard E. Oney_____ (party/parties or attorney/attorneys you met with)

On: July 21, 23 and 29, 2021__________ (date you met and conferred)

Discussing the following motion:

Defendants' Motion to Amend Protective Order_______ (name of motion discussed).

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☐ Do **not** agree on the resolution of any part of the motion.

■ Agreed on part of the motion and request that the Court incorporate the following agreement in an order:

Agree to the deletion of paragraphs 3(c)(1), 3(c)(2) and 3(c)(3) of the Protective Order to narrow the persons who may have access to "attorneys eyes only" information.

Dated: July 29, 2021

**CHRISTENSEN, FONDER, DARDI & HERBERT, PLLC**

Douglas J. Christensen (166741)
33 South 6th Street, Suite 4540
Minneapolis, MN 55402
Tel. 612-315-4100
Email: christensen@cfd-ip.com

**NILES LAW OFFICE, PA**

s/Donald W. Niles
Donald W. Niles (160684)
121 Colfax Ave. SW
Wadena, MN 56482
Tel. 612-296-7788
Email: dniles@nilolaw.com

**LAW OFFICE OF CASEY A. KNISER LLC**
Casey A. Kniser (MN2623779)
111 N. Wabash Ave., #1257
Chicago, IL 60602
Tel. 312-771-3194
Email: casey@kniserlaw.com

**ATTORNEYS FOR DEFENDANTS**

Note: All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number. Attach additional sheets of paper as necessary. The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).